674 A.2d 664

**Diana G. POLLARD, Administratrix of the Estate of Thomas C. Pollard, Deceased, Respondent,**

v.

**LORD CORPORATION, a corporation, Petitioner.**

Supreme Court of Pennsylvania.

April 4, 1996.

Peter Molinaro, Jr., Gorr, Moser, Dell & Loughney, Pittsburgh, for Lord Corporation.

Irving M. Portnoy, Evans, Portnoy & Quinn, Pittsburgh, for Diana G. Pollard.

PER CURIAM.

AND NOW, this 4th day of April, 1996, the Petition for Allowance of Appeal is GRANTED, limited to the question whether the Respondent's civil action against the decedent's employer, alleging that the decedent's death was the direct and proximate result of negligence and otherwise tortious conduct of the employer, is barred by the exclusivity provision of the Workers' Compensation Act.